**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     F.A.B. v. Department of Family and Protective Services

Appellate case number:   01-10-00930-CV

Trial court case number: 2005-33607

Trial court:             246th District Court of Harris County

On September 19, 2012, Appellant filed a Response to the Submission of Supplemental Clerk's Record. The supplemental clerk's record, filed by the Department of Family and Protective Services on September 7, 2012, contained an order of protection and notice of a hearing, signed June 26, 2009, and a temporary order following an adversary hearing, signed June 16, 2009. In Appellant's response, she stated that she was requesting that the transcripts of the hearings which formed the basis for the issuance of these two orders be prepared by the court reporter and submitted to this Court for review. On September 25, 2012, the court reporter filed an information sheet indicating that there is some confusion as to whether she is to begin preparation of the supplemental reporter's record. She stated that she is awaiting a response from this Court before preparing the supplemental reporter's record. This Court has not ordered the court reporter to prepare a supplemental reporter's record.

If Appellant wishes to have a supplemental reporter's record prepared and considered by this Court, she must contact the court reporter directly and make appropriate arrangements promptly, as this case is set for submission on October 9, 2012.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
    ☑ Acting individually     ☐ Acting for the Court

Date: September 27, 2012